IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 4:08cv04092-HFB ) ) |
| APPLE, INC. f/k/a Apple Computer, Inc., | ) ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW Nicholas H. Patton of Patton, Tidwell & Schroeder, L.L.P., counsel for Plaintiff, Luxpro Corporation, and for his Motion to Withdraw as Counsel would show as follows:

1.  Nicholas H. Patton is currently an attorney of record for Plaintiff, Luxpro Corporation, in the above styled and numbered cause. Plaintiff is also represented by other counsel, including lead counsel Patton Roberts PLLC. Nicholas H. Patton requests that the Court enter on Order allowing him and the firm of Patton, Tidwell & Schroeder, L.L.P. to withdraw as counsel for Plaintiff. No party will suffer prejudice by this withdrawal.

WHEREFORE, PREMISES CONSIDERED, Nicholas H. Patton prays that the Court grant his Motion to Withdraw as counsel in this case.

Respectfully submitted,

/s/ Nicholas H. Patton
Nicholas H. Patton
Arkansas State Bar No. 63035

        **PATTON TIDWELL & SCHROEDER, LLP**
        4605 Texas Boulevard, P. O. Box 5398
        Texarkana, Texas  75505-5398
        Telephone: (903) 792-7080
        Facsimile:   (903) 792-8233

        **ATTORNEYS FOR PLAINTIFF**
        **LUXPRO CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 27th day of April, 2009.

_____
Nicholas H. Patton