1 | Laurence D. King (SBN 206423)
2 | Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
3 | 350 Sansome Street, Suite 400
San Francisco, CA 94104
4 | Telephone:  415-772-4700
Facsimile:   415-772-4707
5 | lking@kaplanfox.com
mchoi@kaplanfox.com

Additional Counsel for Plaintiff Luxpro Corporation

[Additional counsel appear on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, | Case No.  3:10-cv-03058-JSW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE *PRO HAC VICE* OF DONALD R. HALL** |
| APPLE, INC., f/k/a Apple Computer, Inc., | |
| Defendant. | Judge:  Hon. Jeffrey S. White |

1
NOTICE OF APPEARANCE *PRO HAC VICE* OF DONALD R. HALL and POS      10CV03058

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE that Donald R. Hall of Kaplan Fox & Kilsheimer LLP, hereby enters his appearance as counsel of record *pro hac vice* on behalf of plaintiff Luxpro Corporation. Please direct copies of all pleadings and notices to counsel at the following address:

> **DONALD R. HALL**, *Pro Hac Vice*
> KAPLAN FOX & KILSHEIMER LLP
> 850 Third Avenue, 14th Fl.
> New York, NY 10022
> Telephone:  212-687-1980
> Facsimile:  212-687-7714
> dhall@kaplanfox.com

DATED: October 1, 2010      By:   /s/ Donald R. Hall

> **DONALD R. HALL**, *Pro Hac Vice*
> KAPLAN FOX & KILSHEIMER LLP
> 850 Third Avenue, 14th Fl.
> New York, NY 10022
> Telephone:  212-687-1980
> Facsimile:  212-687-7714
> dhall@kaplanfox.com
>
> Laurence D. King (SBN 206423)
> Mario M. Choi (SBN 243409)
> KAPLAN FOX & KILSHEIMER LLP
> 350 Sansome Street, Suite 400
> San Francisco, CA  94104
> Telephone:  415-772-4700
> Facsimile:   415-772-4707
> lking@kaplanfox.com
> mchoi@kaplanfox.com
>
> Additional Counsel for Plaintiff Luxpro Corporation
>
> Patrick J. Conroy
> Glenn E. Janik
> Shore Chan Bragalone DePumpo LLP
> 901 Main Street, Suite 3300
> Dallas, TX  75202
> Telephone:  214-593-9110
> Facsimile:   214-593-9111
> pconroy@shorechan.com
> gjanik@shorechan.com

|   |   |
|---|---|
| 1 | Richard A. Adams |
| 2 | Reid Davis Miller |
|   | Phillip N. Cockrell |
| 3 | Corey Darnell McGaha |
|   | Patton Roberts, PLLC |
| 4 | 2900 St. Michael Drive, Suite 400 |
|   | Texarkana, TX  75503 |

Richard A. Adams
Reid Davis Miller
Phillip N. Cockrell
Corey Darnell McGaha
Patton Roberts, PLLC
2900 St. Michael Drive, Suite 400
Texarkana, TX  75503
Telephone:   903-334-7000
Facsimile:    903-334-7007
radams@pattonroberts.com
rmiller@pattonroberts.com
pcockrell@pattonroberts.com
cmcgaha@pattonroberts.com

Jeremy Young Hutchinson
Patton Roberts, PLLC
111 Center St., Suite 1315
Little Rock, Arkansas 72201
Telephone:   501-372-3480
Facsimile:    501-372-3488
jhutchinson@pattonroberts.com

Counsel for Plaintiff Luxpro Corporation

---

3
NOTICE OF APPEARANCE *PRO HAC VICE* OF DONALD R. HALL and POS          10CV03058

# PROOF OF SERVICE

I, Linda Johnston Barry, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On October 1, 2010, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Donald R. Hall to file the following document:

**NOTICE OF APPEARANCE *PRO HAC VICE* OF DONALD R. HALL**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List. The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard A. Adams**
  richard.adams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com
- **Jeremy Young Hutchinson**
  jhutchinson@pattonroberts.com
- **James R. Jackson**
  jjackson@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com
- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com
- **Corey D. McGaha**
  cmcgaha@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,ssrebalus@pattonroberts.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com
- **Reid Davis Miller**
  rmiller@pattonroberts.com
- **Stuart Christopher Plunkett**
  splunkett@mofo.com,cburns@mofo.com

- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com
- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,kfranklin@mofo.com

I further certify that on the 1st day of October, 2010, I served the same document by U.S. Postal service on the following, who is not a registered participant of the ECF system in this case:

Kevin A. Crass  
Friday Eldredge & Clark LLP - Little Rock  
400 West Capitol Avenue, Suite 2000  
Little Rock, AR 72201-3493  

Donald R. Hall  
Kaplan Fox & Kilsheimer LLP  
850 Third Avenue, 14th Floor  
New York, NY 10022  

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed October 1, 2010 at San Francisco, California.

            /s/ Linda Johnston Barry  
              Linda Johnston Barry