1  James R. Jackson, *Pro Hac Vice*
   PATTON ROBERTS, PLLC
2  111 Center Street, Suite 1315
   Little Rock, AR 72201
3  Telephone:   501-372-3480
   Facsimile:    501-372-3488
4  jjackson@pattonroberts.com

5

6

7  Counsel for Plaintiff Luxpro Corporation

8  [Additional counsel appear on signature block]

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

| LUXPRO CORPORATION, a Taiwanese corporation, | ) ) ) | Case No.   3:10-cv-03058-JSW |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF APPEARANCE *PRO HAC VICE* OF JAMES R. JACKSON** |
| APPLE, INC., f/k/a Apple Computer, Inc., | ) ) | Judge:  Hon. Jeffrey S. White |
| Defendant. | ) ) ) | |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE that James R. Jackson of Patton Roberts, PLLC, hereby enters his appearance as counsel of record *pro hac vice* on behalf of plaintiff Luxpro Corporation. Please direct copies of all pleadings and notices to counsel at the following address:

> **JAMES R. JACKSON**, *Pro Hac Vice*
> PATTON ROBERTS, PLLC
> 111 Center Street, Suite 1315
> Little Rock, AR 72201
> Telephone: 501-372-3480
> Facsimile: 501-372-3488
> jjackson@pattonroberts.com

DATED: October 1, 2010    By:  /s/ James R. Jackson

> James R. Jackson, *Pro Hac Vice*
> Jeremy Young Hutchinson
> Patton Roberts, PLLC
> 111 Center St., Suite 1315
> Little Rock, Arkansas 72201
> Telephone: 501-372-3480
> Facsimile: 501-372-3488
> jjackson@pattonroberts.com
> jhutchinson@pattonroberts.com
>
> Richard A. Adams
> Reid Davis Miller
> Phillip N. Cockrell, *Pro Hac Vice*
> Corey Darnell McGaha, *Pro Hac Vice*
> Patton Roberts, PLLC
> 2900 St. Michael Drive, Suite 400
> Texarkana, TX 75503
> Telephone: 903-334-7000
> Facsimile: 903-334-7007
> radams@pattonroberts.com
> rmiller@pattonroberts.com
> pcockrell@pattonroberts.com
> cmcgaha@pattonroberts.com

| | |
|---|---|
| 1 | Patrick J. Conroy |
| 2 | Glenn E. Janik<br>Shore Chan Bragalone DePumpo LLP<br>901 Main Street, Suite 3300 |
| 3 | Dallas, TX  75202<br>Telephone:   214-593-9110 |
| 4 | Facsimile:    214-593-9111<br>pconroy@shorechan.com |
| 5 | gjanik@shorechan.com |
| 6 | Counsel for Plaintiff Luxpro Corporation |
| 7 | Laurence D. King (SBN 206423)<br>Mario M. Choi (SBN 243409) |
| 8 | KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400 |
| 9 | San Francisco, CA  94104<br>Telephone:   415-772-4700 |
| 10 | Facsimile:    415-772-4707<br>lking@kaplanfox.com |
| 11 | mchoi@kaplanfox.com |
| 12 | Donald R. Hall, *Pro Hac Vice* |
| 13 | KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Fl. |
| 14 | New York, NY 10022<br>Telephone:  212-687-1980 |
| 15 | Facsimile:  212-687-7714<br>dhall@kaplanfox.com |
| 16 | |
| 17 | Additional Counsel for Plaintiff Luxpro Corporation |

# PROOF OF SERVICE

I, KRISTEN WEILAND, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On October 1, 2010, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to James R. Jackson to file the following document:

**NOTICE OF APPEARANCE *PRO HAC VICE* OF JAMES R. JACKSON**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List. The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard A. Adams**
  richard.adams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com
- **Donald Hall**
  dhall@kaplanfox.com
- **Jeremy Young Hutchinson**
  jhutchinson@pattonroberts.com
- **James R. Jackson**
  jjackson@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com
- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,lbarry@kaplanfox.com
- **Corey D. McGaha**
  cmcgaha@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,ssrebalus@pattonroberts.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com

- **Reid Davis Miller**
  rmiller@pattonroberts.com
- **Stuart Christopher Plunkett**
  splunkett@mofo.com,cburns@mofo.com
- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com
- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,kfranklin@mofo.com

I further certify that on the 1st day of October, 2010, I served the same document by U.S. Postal service on the following, who is not a registered participant of the ECF system in this case:

Kevin A. Crass
Friday Eldredge & Clark LLP - Little Rock
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed October 1, 2010 at San Francisco, California.

                                            /s/ Kristen Weiland
                                              Kristen Weiland