IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXPRO CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC. f/k/a Apple Computer, Inc.,<br><br>    Defendant.<br>_____/ | No. C 10-03058 JSW<br><br>**ORDER (1) SETTING BRIEFING SCHEDULE REGARDING MOTION TO STAY AND (2) CONTINUING CASE MANAGEMENT CONFERENCE** |

This matter is set for a hearing on January 28, 2011 on Defendant's motion to stay. The Court HEREBY ORDERS that any opposition to this motions shall be filed by no later than November 2, 2010 and Defendant's reply, if any, shall be filed by no later than November 9, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

///
///
///
///
///

The Court FURTHER ORDERS that the case management conference currently scheduled for October 22, 2011 is CONTINUED to February 18, 2010 at 1:30 p.m. The parties shall file an updated joint case management statement by no later than February 11, 2011.

**IT IS SO ORDERED.**

Dated: October 19, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE