Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Counsel for Plaintiff Luxpro Corporation

[Additional counsel appear on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE, INC., f/k/a Apple Computer, Inc.,<br><br>  Defendant. | Case No.   3:10-cv-03058-JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON MOTION TO DISMISS AND MOTION TO STAY<br><br>Judge: Hon. Jeffrey S. White |

WHEREAS, defendant Apple Inc. f/k/a Apple Computer, Inc. ("Defendant"), filed a Motion to Dismiss the Second Amended Complaint ("Motion to Dismiss") of Plaintiff Luxpro Corporation ("Plaintiff") and a Motion to Stay on October 15, 2010 [Dkt. Nos. 141, 148];

WHEREAS, both the Motion to Dismiss and the Motion to Stay are set for hearing on January 28, 2011;

WHEREAS, on October 15, 2010, the Court issued an Order Setting Briefing Schedule, ordering that Plaintiff's opposition to the Motion to Dismiss shall be filed by no later than October 29, 2010, and Defendant's reply shall be filed by no later than November 5, 2010 [Dkt. No. 147];

WHEREAS, on October 19, 2010, the Court issued an Order (1) Setting Briefing Schedule Regarding Motion to Stay and (2) Continuing Case Management Conference, ordering, *inter alia*, that Plaintiff's opposition to the Motion to Stay shall be filed by no later than November 2, 2010, and Defendant's reply shall be filed no later than November 9, 2010 [Dkt. No. 150];

WHEREAS, Plaintiff and Defendant have agreed to modify the briefing schedule to take into account attorney and client scheduling conflicts;

PLAINTIFF AND DEFENDANT, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff's oppositions to Defendant's Motion to Dismiss and Motion to Stay shall be filed by no later than November 19, 2010.

2. Defendant's reply briefs in support of its Motion to Dismiss and Motion to Stay shall be filed no later than December 10, 2010.

DATED: October 22, 2010

By: /s/ Laurence D. King
LAURENCE D. KING

Laurence D. King
Mario M. Choi
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON 10CV03058
MOTION TO DISMISS AND MOTION TO STAY

Donald R. Hall, *Pro Hac Vice*
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:   212-687-1980
Facsimile:    212-687-7714
dhall@kaplanfox.com

James R. Jackson, *Pro Hac Vice*
Jeremy Y. Hutchinson, *Pro Hac Vice*
Patton Roberts, PLLC
111 Center St., Suite 1315
Little Rock, AR  72201
Telephone:   501-372-3480
Facsimile:    501-372-3488
jjackson@pattonroberts.com
jhutchinson@pattonroberts.com

Richard A. Adams, *Pro Hac Vice*
Reid D. Miller, *Pro Hac Vice*
Phillip N. Cockrell, *Pro Hac Vice*
Corey D. McGaha, *Pro Hac Vice*
Patton Roberts, PLLC
2900 St. Michael Dr., Suite 400
Texarkana, TX  75503
Telephone:   903-334-7000
Facsimile:    903-334-7007
pcockrell@pattonroberts.com
Richard.adams@pattonroberts.com
cmcgaha@pattonroberts.com
rmiller@pattonroberts.com

Patrick J. Conroy, *Pro Hac Vice*
Glenn E. Janik, *Pro Hac Vice*
Theresa M. Dawson, *Pro Hac Vice*
Daniel F. Olejko, *Pro Hac Vice*
Shore Chan Bragalone DePumpo LLP
901 Main Street, Suite 3300
Dallas, TX  75202
Telephone:   214-593-9110
Facsimile:    214-593-9111
pconroy@shorechan.com
ghanik@shorechan.com
tdawson@shorechan.com
dolejko@shorechan.com

*Counsel for Plaintiff Luxpro Corporation*

3

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON         10CV03058
MOTION TO DISMISS AND MOTION TO STAY

DATED: October 22, 2010

        By:   /s/ Stuart C. Plunkett
            STUART C. PLUNKETT

Penelope A. Preovolos
Stuart C. Plunkett
Alexei Klesoff
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
ppreovolos@mofo.com
splunkett@mofo.com
aklestoff@mofo.com
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Attorneys for Defendant Apple, Inc. f/k/a/ Apple Computer, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: October 28, 2010     By: /s/ Jeffrey S. White
           HONORABLE JEFFREY S. WHITE
           UNITED STATES DISTRICT JUDGE