**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXPRO CORPORATION, | |
|     Plaintiff, | No. C 10-03058 JSW |
| v. | **ORDER VACATING HEARING** |
| APPLE, INC., | |
|     Defendant. | |

This matter is set for a hearing on Defendant's Motion to Dismiss. The Court has reviewed the parties' papers, relevant legal authority, and the record in this case, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing set for February 4, 2011 is VACATED, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: February 4, 2011

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE