IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXPRO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 10-03058 JSW<br><br>**AMENDED ORDER VACATING HEARING** |

This matter is set for a hearing on Defendant's Motion to Dismiss. The Court has reviewed the parties' papers, relevant legal authority, and the record in this case, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing set for **February 11, 2011** is VACATED, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: February 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE