IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUXPRO CORPORATION,

    Plaintiff,

v.

APPLE INC. f/k/a Apple Computer, Inc.,

    Defendant.

                                        /

No. C 10-03058 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION TO DISMISS**

      This matter is set for a hearing on July 22, 2011 on Defendant's motion to dismiss. The Court HEREBY ORDERS that any opposition to this motions shall be filed by no later than June 14, 2011 and Defendant's reply, if any, shall be filed by no later than June 21, 2011.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: May 31, 2011

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE