1  Laurence D. King (SBN 206423)
   Mario M. Choi (SBN 243409)
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile:  415-772-4707
   lking@kaplanfox.com
5  mchoi@kaplanfox.com

6

7  Counsel for Plaintiff Luxpro Corporation
   [Additional counsel appear on signature block]
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 | LUXPRO CORPORATION, a Taiwanese | Case No.   10-CV-03058 JSW
   | corporation,
14 |                                 | **STIPULATION AND
   |              Plaintiff,         | [PROPOSED] ORDER RE
15 |                                 | BRIEFING SCHEDULE ON
   |       v.                        | MOTION TO DISMISS**
16 |
   | APPLE INC. f/k/a Apple Computer, Inc., | Judge: Hon. Jeffery S. White
17 |
   |              Defendant.
18

WHEREAS, defendant Apple Inc. f/k/a Apple Computer, Inc. ("Defendant"), filed a Motion to Dismiss the Third Amended Complaint ("Motion to Dismiss") of Plaintiff Luxpro Corporation ("Plaintiff") on May 13, 2011 [Dkt. No. 176];

WHEREAS, on June 1, 2011, the Court issued an Order Setting Briefing Schedule, ordering that Plaintiff's opposition to the Motion to Dismiss shall be filed by no later than June 14, 2011, and Defendant's reply shall be filed by no later than June 21, 2011 [Dkt. No. 178];

WHEREAS, Plaintiff and Defendant have agreed to modify the briefing schedule to take into account attorney and client scheduling conflicts;

PLAINTIFF AND DEFENDANT, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff's opposition to Defendant's Motion to Dismiss shall be filed no later than June 21, 2011.

2. Defendant's reply brief in support of its Motion to Dismiss shall be filed no later than June 30, 2011.

DATED: June 7, 2011

By: /s/ Mario M. Choi
MARIO M. CHOI

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com


Richard A. Adams, *Pro Hac Vice*
Corey D. McGaha, *Pro Hac Vice*
Reid D. Miller, *Pro Hac Vice*
PATTON ROBERTS, PLLC
2900 St. Michael Dr., Suite 400
Texarkana, TX  75503
Telephone:  903-334-7000
Facsimile:   903-334-7007
Richard.adams@pattonroberts.com
cmcgaha@pattonroberts.com
rmiller@pattonroberts.com

Stipulation and [Proposed Order] Re Briefing Schedule on Motion to Dismiss - Page 2

| | |
|---|---|
| 1 | |
| 2 | Donald R. Hall, *Pro Hac Vice*<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone:  212-687-1980<br>Facsimile:   212-687-7714<br>dhall@kaplanfox.com |

Donald R. Hall, *Pro Hac Vice*
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
dhall@kaplanfox.com

James R. Jackson, *Pro Hac Vice*
PATTON ROBERTS, PLLC
111 Center St., Suite 1315
Little Rock, AR  72201
Telephone:  501-372-3480
Facsimile:   501-372-3488
jjackson@pattonroberts.com

Patrick J. Conroy, *Pro Hac Vice*
Glenn E. Janik, *Pro Hac Vice*
Theresa M. Dawson, *Pro Hac Vice*
Daniel F. Olejko, *Pro Hac Vice*
SHORE CHAN BRAGALONE DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX  75202
Telephone:  214-593-9110
Facsimile:   214-593-9111
pconroy@shorechan.com
ghanik@shorechan.com
tdawson@shorechan.com
dolejko@shorechan.com

*Counsel for Plaintiff Luxpro Corporation*

DATED: June 7, 2011

By: /s/ Stuart C. Plunkett
    STUART C. PLUNKETT

Penelope A. Prevolos
Stuart C. Plunkett
Alexei Klesoff
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
ppreovolos@mofo.com
splunkett@mofo.com
aklestoff@mofo.com
Telephone: 415-268-7000
Facsimile:  415-268-7522

*Attorneys for Defendant Apple Inc. f/k/a Apple Computer, Inc.*

Stipulation and [Proposed Order] Re Briefing Schedule on Motion to Dismiss - Page 3

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 7, 2011     By: /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

### ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

By:   /s/Mario M. Choi

Stipulation and [Proposed Order] Re Briefing Schedule on Motion to Dismiss - Page 4

- **James M. Pratt, Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com
- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,kfranklin@mofo.com

I further certify that on June 7, 2011, I served the same document by U.S. Postal service on the following, who is not a registered participant of the ECF system in this case:

Kevin A. Crass
Friday Eldredge & Clark LLP - Little Rock
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed June 7, 2011 at San Francisco, California.

/s/ Kristen Weiland
Kristen Weiland