UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUXPRO CORPORATION
          Plaintiff(s),

v.

APPLE INC.
          Defendant(s).

CASE NO. 10-CV-03058 JSW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR (*please identify process and provider*)    Private mediation; provider to be determined at later date.

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline    The parties agree that the mediation should take place in approximately March 2012 and will meet and confer in advance to agree on a specific date.

Dated: June 17, 2011      /s/ Corey McGaha
                              Attorney for Plaintiff

Dated: June 17, 2011      /s/ Penelope A. Preovolos
                              Attorney for Defendant

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order No. 45 X.B., I hereby attest that Corey McGaha has concurred in this filing.

                              /s/ Penelope A. Preovolos

American LegalNet, Inc.
www.USCourtForms.com

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☒ Private ADR

Deadline for ADR session
☐ 90 days from the date of this order.
☒ By other  ~~Approximately~~ March 2012; the parties shall meet and confer in advance to agree on a specific date.

IT IS SO ORDERED.

Dated: June 22, 2011

_____
UNITED STATES DISTRICT JUDGE
Jeffery S. White

American LegalNet, Inc.
www.USCourtForms.com