Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Phillip N. Cockrell, *Pro Hac Vice*
Richard A. Adams, *Pro Hac Vice*
Corey D. McGaha, *Pro Hac Vice*
Reid D. Miller, *Pro Hac Vice*
PATTON ROBERTS, PLLC
2900 St. Michael Dr., Suite 400
Texarkana, TX 75503
Telephone: 903-334-7000
Facsimile: 903-334-7007
pcockrell@pattonroberts.com
Richard.adams@pattonroberts.com
cmcgaha@pattonroberts.com
rmiller@pattonroberts.com

Counsel for Plaintiff Luxpro Corporation

[Additional counsel appear on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., f/k/a Apple Computer, Inc.,<br><br>Defendant. | Case No. 3:10-cv-03058-JSW<br><br>**PLAINTIFF LUXPRO CORPORATION'S ADDITIONAL AUTHORITIES IN OPPOSITION TO THE MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Date: July 22, 2011<br>Time: 9:00 a.m.<br>Ctrm: 11<br><br>Judge: Hon. Jeffrey S. White |

Pursuant to this Court's Notice of Tentative Ruling and Questions for Hearing, dated July 18, 2011 (Doc. No. 187), Plaintiff Luxpro Corporation ("Plaintiff") respectfully submits the following additional authorities in further support of its opposition to Defendant Apple Inc.'s Motion to Dismiss the Third Amended Complaint:

- *Great-West Life & Annuity Ins. Co. v. Knudson*, 534 U.S. 204, 212-18 (2002).

- *Healthpoint, LTD v. Ethex Corp.*, No. SA-01-CA-646-OG, 2004 WL 2359420, at *7-*16 (W.D. Tex. July 14, 2004).

- *PennPac Int'l., Inc. v. Rotonics Mfg., Inc.*, No. CIV. A. 99-CV-2890, 2001 WL 569264, at *2-*3, *9-*10 (E.D. Pa. May 25, 2001).

- *Alexander Bincel Corp. v. Nu-Tecsys Corp.*, No. 91 C 2092, 2000 WL 310304, at *2, *4-*7 (N.D. Ill. Mar. 24, 2000).

- *Clayworth v. Pfizer, Inc.*, 49 Cal. 4th 758, 789 (2010).

- *Troyk v. Farmers Group, Inc.*, 171 Cal. App. 4th 1305, 1338-40 (2009).

- *Shersher v. Superior Court*, 154 Cal. App. 4th 1491, 1499-1500 (2007).

- *Overstock.com, Inc. v. Gradient Analytics, Inc.*, 151 Cal. App. 4th 688, 716 (2007).

Plaintiff will have copies of the above additional authorities available at the hearing on July 22, 2011.

Dated: July 20, 2011                    Respectfully submitted,

/s/ Mario M. Choi
Laurence D. King
Mario M. Choi
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

Donald R. Hall, *Pro Hac Vice*
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
dhall@kaplanfox.com

Phillip N. Cockrell, *Pro Hac Vice*
Richard A. Adams, *Pro Hac Vice*
Corey D. McGaha, *Pro Hac Vice*
Reid D. Miller, *Pro Hac Vice*
PATTON ROBERTS, PLLC
2900 St. Michael Dr., Suite 400
Texarkana, TX 75503
Telephone: 903-334-7000
Facsimile: 903-334-7007
pcockrell@pattonroberts.com
Richard.adams@pattonroberts.com
cmcgaha@pattonroberts.com
rmiller@pattonroberts.com

James R. Jackson, *Pro Hac Vice*
Jeremy Y. Hutchinson, *Pro Hac Vice*
PATTON ROBERTS, PLLC
111 Center St., Suite 1315
Little Rock, AR 72201
Telephone: 501-372-3480
Facsimile: 501-372-3488
jjackson@pattonroberts.com
jhutchinson@pattonroberts.com

Jon B. Hyland, *Pro Hac Vice* (pending)
Robert D. Katz, *Pro Hac Vice* (pending)
PATTON ROBERTS, PLLC
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 903-334-7000
Facsimile: 903-334-7007
jhyland@pattonroberts.com
rkatz@pattonroberts.com

Patrick J. Conroy, *Pro Hac Vice*
Glenn E. Janik, *Pro Hac Vice*
Theresa M. Dawson, *Pro Hac Vice*
Daniel F. Olejko, *Pro Hac Vice*
SHORE CHAN BRAGALONE DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111
pconroy@shorechan.com
ghanik@shorechan.com
tdawson@shorechan.com
dolejko@shorechan.com

Counsel for Plaintiff Luxpro Corporation

# PROOF OF SERVICE

I, Kristen M. Weiland, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On July 20, 2011. I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Mario M. Choi to file the following document:

**PLAINTIFF LUXPRO CORPORATION'S ADDITIONAL AUTHORITIES IN OPPOSITION TO DISMISS THE THIRD AMENDED COMPLAINT**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List. The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard A. Adams**
  richard.adams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com,kweiland@kaplanfox.com
- **Phillip N Cockrell**
  pcockrell@pattonroberts.com,rmaxted@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com
- **Theresa Marie Dawson**
  tdawson@shorechan.com,cjohnson@shorechan.com,bpruitt@shorechan.com
- **Donald R Hall**
  dhall@kaplanfox.com,dhall@kaplanfox.com
- **James R. Jackson**
  jjackson@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com
- **Laurence D. King**
  lking@kaplanfox.com,kweiland@kaplanfox.com
- **Alexei Klestoff**
  aklestoff@mofo.com,mgimenez@mofo.com
- **Corey D. McGaha**
  cmcgaha@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com

- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com
- **Reid Davis Miller**
  rmiller@pattonroberts.com
- **Daniel Fletcher Olejko**
  dolejko@shorechan.com,cjohnson@shorechan.com,bpruitt@shorechan.com
- **Stuart Christopher Plunkett**
  splunkett@mofo.com,cburns@mofo.com
- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,kfranklin@mofo.com,bfuller@mofo.com

I further certify that on July 20, 2011, I served the same document by U.S. Postal service on the following, who is not a registered participant of the ECF system in this case:

Kevin A. Crass
Friday Eldredge & Clark LLP - Little Rock
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

☒ (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox & Kilsheimer LLP. I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed July 20, 2011 at San Francisco, California.

/s/Kristen M. Weiland
———————————————
Kristen M. Weiland