UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>APPLE INC. f/k/a Apple Computer, Inc.,<br><br>               Defendant. | Case No.   10-CV-03058 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE SCHEDULE** |

[PROPOSED] ORDER
CASE NO. 10-CV-03058 JSW
sf-3153724

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | Having considered the papers filed by the parties in connection with the parties' motion, |
| 4 | and for good cause shown, the Court hereby GRANTS the parties' motion.  All deadlines set in |
| 5 | the current case schedule are continued until after the parties' mediation on September 18, 2012. |
| 6 | A case management conference to discuss a new case schedule is hereby set for September 28, |
| 7 | 2012. |
| 8 | IT IS SO ORDERED. |

DATED: June 5, 2012

_____
HON. JEFFREY S. WHITE
United States District Judge