UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLE INC. f/k/a Apple Computer, Inc.,<br><br>                Defendant. | Case No. 10-CV-03058 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO HOLD CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER
CASE NO. 10-CV-03058 JSW

**ORDER**

Having considered the papers filed by the parties in connection with the parties' motion, and for good cause shown, the Court hereby GRANTS the parties' motion. All deadlines set in the current case schedule are continued until after the parties' mediation which commenced on September 18, 2012. A case management conference to discuss a new case schedule is hereby set for November 9, 2012.

IT IS SO ORDERED.

DATED: September 24, 2012

HON. JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER
CASE NO. 10-CV-03058 JSW
sf-3153724

1