UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. f/k/a Apple Computer, Inc.,<br><br>Defendant. | Case No. C 10-03058 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Jeffery S. White |

**ORDER**

Having considered the papers filed by the parties in connection with the parties' motion, and for good cause shown, the Court hereby GRANTS the parties' motion. The case management conference currently set for November 9, 2012 is continued to ~~December 14, 2012.~~ January 4, 2013

IT IS SO ORDERED.

Dated: November 5, 2012

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge